**ZACHARY WALKER,** WSBA No. 46049
ZWALKER@KELRUN.COM
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR  97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiff

The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT COURT OF WASHINGTON

## AT TACOMA

MARIE GOODMAN,

       Plaintiff,

       v.

COOLVESTMENT LLC dba DAYS INN & SUITES, an Oregon limited liability company; and JOHN DOE, individually,

       Defendants.

**Case No.** 3:23-CV-05456-BJR

**ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This matter comes before the Court upon the unopposed motion of Plaintiff.  The Court having considered the Motion and the Declaration of Zachary Walker in support of the Motion,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is allowed.

Dated:  August 16, 2023.

_____
Barbara Jacobs Rothstein

ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**Page 1**

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

U.S. District Court Judge

Submitted by:

**ZACHARY WALKER,** WSBA No. 46049
ZWALKER@KELRUN.COM
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR  97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiff

**Page 2**

ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980