The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIE GOODMAN and EUGENE MCNERNEY,<br><br>Plaintiffs,<br><br>v.<br><br>COOLVESTMENT LLC dba DAYS INN & SUITES, an Oregon limited liability company; and NIRAV PATEL, individually,<br><br>Defendants. | Case No. 3:23-CV-05456-TMC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER** |

This matter having come before the Court on Defendant's Unopposed Motion for Leave to File Second Amended Answer ("Motion"), and the Court having reviewed and considered all of the pleadings filed by the parties in support and in opposition of the Motion, and the remainder of the records and files herein, and being fully advised, now, therefore:

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Second Amended Answer is GRANTED.

Dated this 21st day of May, 2024.

_____
Tiffany M. Cartwright
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE SECOND AMENDED ANSWER- 1
CASE NO. 3:23-CV-05456-TMC

LITTLER MENDELSON, P.C.
Attorneys at Law
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
503.221.0309

*Presented by:*

/s/ *Anthony D. Kuchulis*
Anthony D. Kuchulis, WA Bar No. 50527
akuchulis@littler.com

LITTLER MENDELSON, P.C.
1300 SW Fifth Avenue, Suite 2050
Portland, OR 97201
Phone: 503.221.0309
Fax: 503.242.2457

Attorneys for Defendant

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE SECOND AMENDED ANSWER- 2
CASE NO. 3:23-CV-05456-TMC

LITTLER MENDELSON, P.C.
Attorneys at Law
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon 97201
503.221.0309