**ZACHARY WALKER,** WSBA No. 46049
ZWALKER@KELRUN.COM
**SCOTT J. ALDWORTH,** WSBA No. 60949
SALDWORTH@KELRUN.COM
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR  97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiffs


**ANTHONY D. KUCHULIS,** WSBA No. 50527
Littler Mendelson, P.C.
1300 SW 5th Avenue
Wells Fargo Tower, Suite 2050
Portland, OR  97201
Telephone: 503/889-8910
Fax: 503/961-1335
Attorneys for Defendants

The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MARIE GOODMAN and EUGENE MCNERNEY,<br><br>               Plaintiffs,<br><br>     v.<br><br>COOLVESTMENT LLC dba DAYS INN & SUITES, an Oregon limited liability company; and NIRAV PATEL, individually,<br><br>               Defendants. | Case No. 3:23-CV-05456-BJR<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties hereto, by counsel, stipulate and agree all claims, defenses and counterclaims in this action are hereby dismissed with prejudice and without costs, attorney's fees or disbursements against any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**KELL, ALTERMAN & RUNSTEIN, L.L.P.**


   s/Scott J. Aldworth
**SCOTT J. ALDWORTH**, WSBA No. 60949
saldworth@kelrun.com
**ZACHARY WALKER**, WSBA No.46049
zwalker@kelrun.com
520 SW Yamhill, Suite 600
Portland, OR  97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiffs

**LITTLER MENDELSON, P.C.**


   s/Anthony D. Kuchulis
**ANTHONY D. KUCHULIS,** WSBA No. 50527
AKuchulis@littler.com
1300 SW 5th Avenue
Wells Fargo Tower, Suite 2050
Portland, OR  97201
Telephone: 503/889-8910
Fax: 503/961-1335
Attorneys for Defendants